| | |
|---|---|
| 1 | GORDON ATKINSON (122401) |
| 2 | MATTHEW J. GLUCK (221571) |
|   | JUSTIN L. SOWA (305002) |
| 3 | GLUCK DANIEL LLP |
|   | One Sansome Street, Suite 720 |
| 4 | San Francisco, CA 94104 |
|   | Telephone    415-510-2114 |
| 5 | Facsimile    415-510-2208 |
|   | Email        litigation@gluckdaniel.com |

Attorneys for Plaintiff COLORTOKENS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLORTOKENS, INC., a Delaware corporation, | Case No.: 3:18-cv-2444-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE AND EXTENDING RELATED DEADLINES** |
| v. | |
| MARK MEDOVICH, an individual, | Judge: Hon. Richard Seeborg |
| Defendant. | |

Plaintiff ColorTokens, Inc. ("ColorTokens") and Defendant Mark Medovich ("Medovich"), by and through their respective attorneys, hereby stipulate pursuant to Local Rule 6-2 to reschedule the initial Case Management Conference currently scheduled for August 2, 2018, and extend related dates.

   1. ColorTokens filed its original complaint in this matter on April 24, 2018. ColorTokens filed an amended complaint on June 5, 2018.

   2. ColorTokens and Medovich have previously stipulated to two extensions of time for Medovich to respond to the amended complaint.

-1-

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE
AND EXTENDING RELATED DEADLINES

3. Medovich filed a motion to stay the action on July 24, 2018 which is set for hearing on August 30, 2018.

4. Because Medovich has yet to respond to the operative complaint, and has moved to stay the action, the parties agree that a Case Management Conference would not be productive at this time, pending the Court's decision on the motion to stay the action.

5. Accordingly, the parties stipulate to reschedule the initial Case Management Conference to August 30, 2018, to be heard following Medovich's motion to stay. The parties will submit a joint case management statement no later than August 17, 2018. The parties will file an ADR Certification no later than August 14, 2018. The parties agree to meet and confer no later than August 10, 2018.

IT IS SO STIPULATED.

Dated: July 25, 2018                    GLUCK DANIEL LLP


                                        */s/ Gordon C. Atkinson*
                                        Gordon C. Atkinson
                                        Matthew J. Gluck
                                        *Attorneys for Plaintiff ColorTokens, Inc.*


Dated: July 25, 2018                    BURKE, WILLIAMS & SORENSEN, LLP


                                        */s/ Brian M. Affrunti*
                                        Brian M. Affrunti
                                        *Attorneys for Defendant Mark Medovich*

# [~~PROPOSED~~] ORDER

Good cause appearing, the stipulation is ENTERED. The Case Management Conference is rescheduled to ~~August 30, 2018~~ September 20, 2018 at **10:00 a.m.** _____. The parties will submit a joint case management statement no later than ~~August 17, 2018~~ September 13, 2018 _____. The parties will file an ADR Certification no later than ~~August 14, 2018~~ August 30, 2018 _____. The parties agree to meet and confer no later than ~~August 10, 2018~~ August 27, 2018 _____.

Dated: 7/25/18

_____
United States District Judge

-3-

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE
AND EXTENDING RELATED DEADLINES