UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYAN MEHTA, et al., <br>     Plaintiffs, <br> v. <br> MARK MEDOVICH, <br>     Defendant. | Case No. 18-cv-04373-RS <br><br> Related Case No.18-02444 RS <br><br> **STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **August 22, 2019**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 29, 2019, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: June 19, 2019

_____
Richard Seeborg
United States District Judge